UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE L. GARRISON, TDCJ NO. 2097855, | § § § § | |
| *Petitioner,* | § § | Civil Action No. 3:23-CV-2191-X-BN |
| v. | § § | |
| DIRECTOR, TDCJ-CID | § § § | |
| *Respondent.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 12). Magistrate Judge David Horan recommends dismissing Petitioner Joe Garrison's petition for writ of habeas corpus because the petitioner is not entitled to relief. (Doc. 12 at 4). Garrison filed an objection. (Doc. 14). In his objection, Garrison argues that he is innocent of the crime he was convicted of.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner Joe Garrison's petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**. (Doc. 1).

1

**IT IS SO ORDERED** this 11th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE